Writ of Mandamus Denied, Opinion issued November 27, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01446-CV

## IN RE CHAPMAN HEXT & CO., P.C., GREGORY W. HEXT, CH WEALTH MANAGEMENT, LLC, WHITE ROCK ADVISORS, LLC, AND CHARLES E. CHAPMAN, Relators

### Original Proceeding from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 12-01326

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice Moseley

Relators contend the trial judge erred in ordering net worth discovery. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

JIM MOSELEY
JUSTICE

121446F.P05